UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| MICHAEL ROSE,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,<br><br>  Defendant. | Civil No. 2:24-cv-01924-AR<br><br><br>ORDER |

The Commissioner's final decision is REVERSED and REMANDED for further administrative proceedings before an Administrative Law Judge (ALJ). Upon remand, the Appeals Council shall instruct the ALJ to further develop the record, as necessary; reevaluate the evidence, including the opinion of Sarah Gregg NP; reevaluate the residual functional capacity, as necessary; and issue a new decision.

Remand shall be made under sentence four of 42 U.S.C. § 405(g). *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991). Upon proper presentation, the Court will consider Plaintiff's application for reasonable attorney fees and expenses pursuant to 28 U.S.C. § 2412(d) and costs as enumerated in 28 U.S.C. § 1920, under 28 U.S.C. § 2412(a).

  IT IS SO ORDERED this   4th   day of   September  , 2025.

         /s/ Jeff Armistead
         UNITED STATES MAGISTRATE JUDGE

Submitted by:

SCOTT E. BRADFORD, CAB #062824
United States Attorney

KEVIN DANIELSON, OSB #065860
Executive Assistant U.S. Attorney

s/ Michael J. Mullen
MICHAEL J. MULLEN, WSBA #54288
Special Assistant United States Attorney
of Attorneys for Defendant
(206) 615-2748